UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JANIE A. CHAMBERLAIN,

                           Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

                           Defendant.

Case No. C12-744-JCC-BAT

**REPORT AND
RECOMMENDATION**

Janie A. Chamberlain seeks review of the denial of her Supplemental Security Income application.  Dkt. 3.  The parties stipulate the case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Dkt. 17.

The Court has considered the parties' stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.  On remand, the Administrative Law Judge will:

- Conduct a new hearing, further develop the record and issue a new decision;

- Re-evaluate the medical opinions of record, including but not limited to the opinion of JoAnn Shepard, MA, LMHC, CDP, explaining the reasons for the weight given to the opinions;

- Re-evaluate plaintiff's residual functional capacity;

REPORT AND RECOMMENDATION - 1

- Further consider whether plaintiff has past relevant work she could perform with the limitations established by the record;

- Re-evaluate step five of the sequential evaluation process with the assistance of a vocational expert, if necessary.

The parties agree that reasonable attorney fees should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge John C. Coughenour immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings.  A proposed order accompanies this Report and Recommendation.

DATED this 29th day of August, 2012.


BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2